UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jeremy McWilliams**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Platinum Advertising II, LLC**;<br>**Vexso Black Asset Management, Inc.**;<br>**William Siveter**; and<br>**John Nelson**,<br><br>Defendants. | No. 2:21-cv-00607-CB<br><br>**Joint Motion for Approval of Revised Settlement Agreement** |

Plaintiff Jeremy McWilliams, individually and on behalf of all other persons similarly situated, and Defendants Platinum Advertising II, LLC, Vexso Black Asset Management, Inc., William Siveter, and John Nelson ("the Parties") file their Joint Motion for approval of the Parties' Revised Settlement Agreement (attached hereto as "Exhibit A").

On March 25, 2022, the parties filed a Joint Motion for Settlement Approval and for Approval of Service Payments and Attorneys' Fees and Expenses. (Doc. 28). On April 5, 2022, the Court issued an order denying the parties' Joint Motion without prejudice. (Doc. 29). The Court reasoned, "the parties' Motion for approval may be capable of resolution without a hearing, except to the extent that putative members purportedly will release state wage claims through participation in the collective action settlement." *Id.* The Court raised concerns regarding the release language proposed to accompany each check which provided "I hereby release all claims or causes of action... for unpaid minimum and overtime wages" that arise under "the Fair Labor Standards Act, Pennsylvania law and any applicable state, local or municipal law or regulation."

To address the Court's concern most effectively and efficiently, the parties' have revised

1

the Settlement Agreement to remove all references to all state, local or municipal laws and regulations. As such, the parties' Revised Settlement Agreement is confined entirely to the Fair Labor Standards Act and contains nothing that would implicate Fed. R. Civ. P. 23 or the Class Action Fairness Act. The parties incorporate by reference as if fully rewritten herein all other aspects of their previously filed Joint Motion for Settlement Approval and for Approval of Service Payments and Attorney's Fees and Expenses. (Doc. 28).

Wherefore, the parties respectfully request that the Court issue an order approving the Revised Settlement Agreement as well as the Service Payments and Attorneys Fees and Expenses contained therein.

Respectfully submitted this 4th day of May, 2022

By: /s/ *James L. Simon*
James L. Simon
LAW OFFICES OF SIMON & SIMON
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
Telephone: (216) 525-8890
Email: james@bswages.com

s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II.
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, AZ 85060
Telephone: (480) 382-5176
Email: cliff@bswages.com

*Counsel for Plaintiff*

By: /s/ *Joseph M. Armstrong*
Joseph M. Armstrong
OFFIT KURMAN, P.C.
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1300
Email: jarmstrong@offitkurman.com

*Counsel for Defendants, Platinum Advertising II LLC and William Siveter*

s/ *Joseph A. Hudock*
Joseph A. Hudock
SUMMERS, MCDONNELL, HUDOCK GUTHRIE & RAUCH, P.C.
707 Grant Street, Suite 2400
Pittsburgh, PA 15219
Telephone: (412) 261-3232
Email: jhudock@summersmcdonnell.com

*Counsel for Defendants John Nelson and Vexso Black Asset Management, Inc.*